JUDGE McMAHON

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-21-14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

14 CV 9282

BIRCH SHIPPING LTD.,

14 Civ. _____ ( )

Plaintiff,

- against -

O.W. BUNKER CHINA LTD. (HK), O.W. BUNKER USA INC., O.W. BUNKER NORTH AMERICA INC., O.W. BUNKER HOLDING NORTH AMERICA INC., O.W. BUNKER & TRADING A/S, CHEMOIL LATIN AMERICA INC., ING BANK N.V.

Defendants.

## ORDER

Birch Shipping Ltd. ("Birch Shipping"), as plaintiff, has filed its complaint in interpleader and has requested permission to present its check in the sum of $266,908.81, payable to the Clerk of this Court, as a deposit into the registry of this Court of property to which Birch Shipping disclaims any interest and which is subject to the claims of multiple claimants or third-parties.

NOW, THEREFORE, it is ordered that the Clerk of this Court shall accept the aforesaid check and shall receive such funds into the registry of this Court for ultimate disposition by order of this Court in the above-styled action.

This 21st day of November, 2014

_____
United States District Judge
Part I

#34098629_v1