USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
BIRCH SHIPPING LTD.,  :
:
                          Plaintiff,  :    14-CV-9282 (VEC)
   -against-  :
:        ORDER
CHEMOIL LATIN AMERICA INC.,  :
ING BANK N.V.,  :
:
                    Defendants.  X
-------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

        WHEREAS on October 16, 2020, the parties appeared for a telephone conference;

        IT IS HEREBY ORDERED that the parties are to appear for a telephone conference on **Tuesday, December 15, 2020, at 2:30 P.M.** The parties must submit a joint letter of no more than five pages by no later than **Tuesday, December 8, 2020**, providing an update on the status of the dispute and the prospect for settlement. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 9282. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

                                                                 _____

**Date: October 16, 2020**                                     **VALERIE CAPRONI**
       **New York, New York**                     **United States District Judge**