USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

BIRCH SHIPPING LTD.,                                   :
                                                       :
                                    Plaintiff,         :          14-CV-9282 (VEC)
                  -against-                            :
                                                       :          ORDER
CHEMOIL LATIN AMERICA INC.,                            :
ING BANK N.V.,                                         :
                                                       :
                                    Defendants.    X
-------------------------------------------------------------

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 15, 2020, the parties appeared for a telephone conference;

IT IS HEREBY ORDERED that any motion by Plaintiff Birch Shipping Ltd. to be fully

released from this matter is due no later than **Friday, January 8, 2021**.  Any responses in

opposition to the motion are due no later than **Friday, January 29, 2021**.  Any reply in support

of the motion is due no later than **Friday, February 5, 2021**.

IT IS FURTHER ORDERED that this matter will proceed to a bench trial.  Any motions

*in limine* are due no later than **Friday, January 15, 2021**.  Any responses are due no later than

**Friday, February 5, 2021**.

IT IS FURTHER ORDERED that a Joint Pretrial Order ("JPTO") and each side's

respective proposed Findings of Fact and Conclusions of Law are due no later than **Friday,**

**February 26, 2021**.  With respect to the JPTO, the parties must follow Rule 8 of the

undersigned's Individual Practice Rules in Civil Cases.  In addition to complying with Rule 8,

the JPTO must include a joint proposed format for remote testimony, including the remote trial

operator, desired technological platform, and method for handling exhibits.

IT IS FURTHER ORDERED that the Court will aim to schedule the final pretrial conference and trial during the second quarter of 2021.  The parties will receive at least one month's advance notice of trial.

IT IS FURTHER ORDERED that if the parties reach a resolution of this matter, they must promptly notify the Court.


**SO ORDERED.**

**Date:  December 15, 2020**
       **New York, New York**
                                **VALERIE CAPRONI**
                                **United States District Judge**